**Ross, Allyne R**

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

**ALLYNE R. ROSS**
UNITED STATES DISTRICT JUDGE

August 31, 2009

Judge Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2008 Filing

Dear Judge Baldock:

This is in response to your letter of August 14, 2009. The changes you requested are, to the extent appropriate, reflected in the amended report being submitted herewith.

I have not made the changes requested in paragraph 1 of your letter. Those assets are valued at net asset value, which is equivalent to book value. The form indicates that U is the appropriate value code for assets valued at book value.

Regarding the first item listed in paragraph 2 of your letter, that asset was acquired on May 14, 2007, Value Code M. It was inadvertently omitted from last year's report.

United States District Judge

ARR/pdw

**Ross, Allyne R**

# AMENDED

## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

*AO 10*
*Rev 1/2008*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSS, ALLYNE R. | U.S. D. C., EDNY | 8/31/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U S. DISTRICT COURT, E.D.N.Y.<br>225 CADMAN PLAZA EAST, 915 S<br>BROOKLYN, NY 11201 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1 -12/31 | Partner in Willkie Farr & Gallagher LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1 The Aspen Institute | 5-30-2008 to 6-1-2008 | Wye Woods, MD | Educational Seminar | Hotel, meals |
| 2 | | | | |
| 3. | | | | |
| 4 | | | | |
| 5 | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | None | J | W | | | | | |
| 2. IRA #1 | E | Dividend | N | T | | | | | |
| 3. -Time Warner | | | | | Sold | 1-23 | K | | none |
| 4. -Cisco Systems Inc. | | | | | | | | | |
| 5. -Dreyfus Liquid Assets | | | | | | | | | |
| 6. -Ericsson | | | | | | | | | |
| 7. -General Electric | | | | | Buy | 7-24 | J | | |
| 8. -General Electric | | | | | Buy | 8-18 | J | | |
| 9. -General Electric | | | | | Buy | 9-16 | J | | |
| 10. -American Express | | | | | | | | | |
| 11. -Citigroup | | | | | | | | | |
| 12. -Intel | | | | | | | | | |
| 13. -KBR | | | | | Buy | 11-21 | J | | |
| 14. -Microsoft | | | | | | | | | |
| 15. -John Hancock Bank Fund | | | | | Sold | 10-28 | J | none | |
| 16. -Viacom | | | | | | | | | |
| 17. -Encana Corp. | | | | | Sold | 1-23 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Enterprise Prods Partners | | | | | | | | | |
| 19 -Managed High Yield Plus Fund | | | | | Sold | 10-10 | J | none | |
| 20. -Provident Energy Trust | | | | | Buy | 2-8 | K | | |
| 21 -Putnam Premier Income Trust | | | | | | | | | |
| 22. -Enerplus Resources | | | | | | | | | |
| 23. -Bank of America Corp. | | | | | buy | 7-24 | K | | |
| 24 -BlackRock Global Energy & Resources Trust | | | | | | | | | |
| 25. -Kayne Anderson MLP Invt. Co. | | | | | Sold | 8-27 | K | D | |
| 26. -Yahoo Inc. | | | | | | | | | |
| 27. -BHP Billiton Ltd. | | | | | Sold | 1-29 | K | D | |
| 28 -Boardwalk Pipeline Partners | | | | | Buy | 3-6 | K | | |
| 29 -General Motors Corp. | | | | | | | | | |
| 30. -Procter & Gamble Co. | | | | | | | | | |
| 31 -New York Community Bancorp | | | | | Sold | 3-26 | K | B | |
| 32. -Schering Plough Corp. | | | | | Sold | 9-23 | K | none | |
| 33 -RMR Real Estate Fund | | | | | Sold | 2-22 | J | none | |
| 34 -Eaton Vace Limited Duration Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/21/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Baytex Energy Trust | | | | | Sold | 5-21 | J | none | |
| 36 -HRPT PPTYs TR | | | | | Sold | 7-24 | J | none | |
| 37. -Hospitality PPTYS TR | | | | | buy | 7-9 | K | | |
| 38. -Hub Group | | | | | Sold | 2-11 | K | A | |
| 39. -I-Trax | | | | | Sold | 3-18 | K | C | |
| 40. -Johnson & Johnson | | | | | Sold | 6-19 | J | A | |
| 41. -Keycorp | | | | | Sold | 5-30 | J | none | |
| 42. -NYSE Euronext | | | | | Sold | 8-20 | J | none | |
| 43. -Pengrowth Energy Tr | | | | | buy | 4-17 | K | | |
| 44. -United Health | | | | | Sold | 10-23 | J | none | |
| 45. -Powershares DB Multi-Sector Commodity TR | | | | | Sold | 1-31 | J | C | |
| 46 -Nicholas-Applegate Conv.&Incm. Fund | | | | | Sold | 2-25 | K | none | |
| 47. -Bristol Myers Squibb | | | | | Buy | 8-11 | J | | |
| 48. -Bristol Myers Squibb | | | | | Buy | 10-24 | J | | |
| 49 -Dow Chemical | | | | | Buy | 1-8 | K | | |
| 50. -KBR Inc | | | | | Buy | 11-21 | J | | |
| 51. -Linn Energy | | | | | Buy | 8-19 | K | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Manitowoc Co | | | | | Buy | 11-6 | J | | |
| 53. -Cohen&Steers Select Utility Fund | | | | | Buy | 4-21 | J | | |
| 54. -Fiduciary/Claymore Opportunity Fund | | | | | Buy | 10-22 | J | | |
| 55. -Fiduciary /Claymore Opportunity Fund | | | | | Buy | 12-26 | J | | |
| 56. -Greenhaven Continuous Commodity Index Fund | | | | | Buy | 2-7 | J | | |
| 57. -ishares FTSE NAREIT MTG REITS Index Fund | | | | | Buy | 1-24 | J | | |
| 58. -ishares FTSE NAREIT MTG REITS Index Fund | | | | | Buy | 2-27 | J | | |
| 59. -ishares FTSE NAREIT MTG Index Fund | | | | | Buy | 7-22 | J | | |
| 60. -IRA # 2 | A | Int./Div | K | T | | | | | |
| 61. -Saving Acct. at Citibank | | | | | | | | | |
| 62. -Kaiser Group Int'l | | | | | | | | | |
| 63. -Provident Energy Trust | | | | | | | | | |
| 64 -John Hancock Bank Fund | | | | | | | | | |
| 65. Kayne Anderson Energy Total Return Fund | | | | | Buy | 4-16 | J | | |
| 66. -Tennesee Valley Authority Strips | | | | | | | | | |
| 67 Trust # 2 | A | Dividend | J | U | | | | | |
| 68. -Dodge Cox Stock Fund | | | | | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust # 3 | D | Dividend | M | U | | | | | |
| 70 -T.Rowe Price Short-Term Bond Fund | | | | | Buy | 3-27 | J | | |
| 71 -T. Rowe Price Short-Term Bond Fund | | | | | Redeemed | 4-2 | J | | |
| 72. -T Rowe Price Small-Cap Value Fund | | | | | Redeemed | 4-2 | J | | |
| 73 -T. Rowe Price Small-Cap Value Fund | | | | | | | | | |
| 74. -T. Rowe Price Science & Technology Fund | | | | | | 11-14 | K | none | See Part VIII |
| 75 -T Rowe Price Capital Opportunity Fund | | | | | Redeemed | 3-27 | J | | |
| 76. Citibank Accounts | B | Interest | N | T | | | | | |
| 77. BNP Paribas DJ Stoxx 50 Structured Note | | None | M | T | | | | | |
| 78. Citibank NY Tax-Free Reserves Fund | A | Dividend | M | T | | | | | |
| 79. Vanguard Limited-Term Tax-Exempt Fund | E | Dividend | O | U | Buy | 2-6 | N | | |
| 80. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 4-18 | L | | |
| 81. Vanguard NY Tax-Exempt Money Market Fund | D | Dividend | N | U | Redeemed | 4-21 | K | none | partial redemption |
| 82. Vanguard NY Tax-Exempt Money Market Fund | | | | | Redeemed | 5-22 | J | none | partial redemption |
| 83. Vanguard NY Tax-Exempt Money Market Fund | | | | | Redeemed | 6-18 | M | none | partial redemption |
| 84. Vanguard NY Tax-Exempt Money Market Fund | | | | | Buy | 6-19 | E | | |
| 85 Vanguard NY Tax-Exempt Money Market Fund | | | | | Buy | 8-12 | M | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Western Asset Municipal NY Money Market Fund | A | Dividend | J | U | Redeemed | 1-22 | J | none | Partial redemption |
| 87. Western Asset Municipal NY Money Market Fund | | | | | Buy | 4-24 | J | | |
| 88. Western Asset Muncipal NY Money Market Fund | | | | | Redeemed | 4-28 | J | | Partial redemption |
| 89. Western Asset Municipal NY Money Market Fund | | | | | Redeemed | 7-24 | J | | Partial redemption |
| 90. Western Asset Municipal NY Money Market Fund | | | | | Redeemed | 10-28 | J | | Partial redemption |
| 91. Trust # 3 | A | Dividend | J | U | | | | | |
| 92. -Aggressive Growth Portfolio | | | | | Redeemed | 7-28 | J | A | Partial redemption |
| 93. Trust # 4 - Y | C | Dividend | K | U | | | | | See Part VIII |
| 94. WFG-WPX Partners LLC | | None | N | W | buy | 4-23 | N | | |
| 95. Goldman Sachs High Yield Fund | C | Dividend | K | U | buy | 4-6 | J | | |
| 96. Fidelity Freedom Fund | A | Dividend | K | U | Buy | 10-7 | K | | |
| 97 Bernstein Global Diversified Strategies L.P. | | None | N | T | | | | | |
| 98. S&P 500 Variable Participation Notes | | None | M | T | | | | | |
| 99 Asta Five NY | | None | J | T | | | | | |
| 100 Bernstein New York Municipal Portfolio | D | Dividend | M | U | Buy | 10-28 | K | | |
| 101. Bernstein New York Municipal Portfolio | | | | | Redeemed | 11-13 | K | none | Partial redemption |
| 102. Bernstein New York Municipal Portfolio | | | | | Buy | 12-9 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103 BP PLC | A | Dividend | | | Buy | 1-25 | J | | |
| 104. BP PLC | | | J | T | Sold | 12-8 | J | none | |
| 105. Bernstein Tax-Managed International Portfolio | D | Dividend | N | U | Buy | 11-13 | K | | |
| 106. Supervalu | A | Dividend | J | T | Buy | 1-7 | J | | |
| 107. Altria Group | A | Dividend | J | T | Buy | 1-14 | J | | |
| 108. Altria Group | | | | | Sold | 5-5 | J | none | Partial sale |
| 109. Cash Balance at Sanford C. Bernstein & co | A | Interest | K | T | | | | | |
| 110. Tech Data Corp. | | None | | | Sold | 12-16 | J | none | |
| 111. Hewlett Packard | A | Dividend | K | T | Buy | 1-10 | J | | |
| 112. Hewlett Packard | | | | | Buy | 6-3 | J | | |
| 113. Hewlett Packard | | | | | Buy | 4-22 | J | | |
| 114. Hewlett Packard | | | | | Buy | 7-8 | J | | |
| 115. Cameron International | none | | | | Buy | 4-10 | J | | |
| 116. Ashland Inc. | A | Dividend | J | T | Buy | 3-14 | J | | |
| 117. Wachovia | A | Dividend | | | Buy | 3-31 | J | | |
| 118. Wachovia | | | | | Buy | 4-22 | J | | |
| 119. Wachovia | | | | | Sold | 9-26 | J | none | Partial sale |

| 1 Income Gain Codes· (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wachovia | | | | | Sold | 9-30 | J | *none* | |
| 121. American International Group | | None | J | T | Buy | 2-11 | J | | |
| 122. American International Group | | | | | Buy | 2-14 | J | | |
| 123. American International Group | | | | | Buy | 4-22 | J | | |
| 124. American International Group | | | | | Buy | 5-12 | J | | |
| 125. Amgen | | None | J | T | Buy | 11-10 | J | B | |
| 126. Tyson Foods | A | Dividend | J | T | Buy | 5-1 | J | | |
| 127. Apache Corp. | A | Dividend | J | T | Buy | 6-27 | J | | |
| 128. Apache Corp. | | | | | Buy | 7-24 | J | | |
| 129. Apache Corp | | | | | Buy | 8-8 | J | | |
| 130 Apache Corp. | | | | | Buy | 10-28 | J | | |
| 131. Cardinal Health | A | Dividend | J | T | Buy | 6-25 | J | | |
| 132. Cardinal Health | | | | | Buy | 10-28 | J | | |
| 133. Citigroup | A | Dividend | J | T | Buy | 2-5 | J | | |
| 134. Citigroup | | | | | Buy | 2-7 | J | | |
| 135. Citigroup | | | | | Buy | 2-11 | J | | |
| 136. Citigroup | | | | | Buy | 2-12 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Citigroup | | | | | Buy | 2-27 | J | | |
| 138. Citigroup | | | | | Buy | 9-22 | J | | |
| 139. Citigroup | | | | | Buy | 2-11 | J | A | |
| 140. Allied Waste | | None | | | Buy | 4-18 | J | | |
| 141 Allied Waste | | | | | Sold | 11-25 | J | none | |
| 142. Goldman Sachs | A | Dividend | K | T | Sold | 2-1 | J | B | Partial sale |
| 143. Goldman Sachs | | | | | Buy | 3-27 | J | | |
| 144. Goldman Sachs | | | | | Buy | 4-22 | J | | |
| 145. Goldman Sachs | | | | | Buy | 9-9 | J | | |
| 146. Goldman Sachs | | | | | Sold | 9-17 | J | none | |
| 147 Goldman Sachs | | | | | Buy | 10-28 | J | | |
| 148. Goldman Sachs | | | | | Buy | 11-4 | J | | |
| 149. Goldman Sachs | | | | | Buy | 11-10 | J | | |
| 150. Intel Corp. | A | Dividend | J | T | Sold | 1-7 | J | none | Partial sale |
| 151. Intel Corp | | | | | Sold | 1-23 | J | none | Partial sale |
| 152. Intel Corp | | | | | Sold | 2-29 | J | none | Partial sale |
| 153. Intel Corp. | | | | | Buy | 9-24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/34/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Bunge Ltd. | | None | J | T | Buy | 11-12 | J | | |
| 155. Microsoft | A | Dividend | J | T | Sold | 6-25 | J | A | Partial sale |
| 156. Microsoft | | | | | Sold | 4-15 | J | none | Partial sale |
| 157. Procter & Gamble | A | Dividend | J | T | Buy | 1-10 | J | | |
| 158. Procter & Gamble | | | | | Sold | 3-11 | J | none | Partial sale |
| 159. Procter & Gamble | | | | | Sold | 4-18 | J | none | |
| 160. Proctor & Gamble | | | | | Sold | 5-1 | J | B | Partial sale |
| 161. Procter & Gamble | | | | | Sold | 4-18 | J | none | Partial sale |
| 162. Proctor & Gamble | | | | | Buy | 10-3 | J | | |
| 163. Proctor & Gamble | | | | | Buy | 10-9 | J | | |
| 164 Costco | A | Dividend | J | T | Buy | 1-14 | J | | |
| 165 Costco | | | | | Buy | 3-7 | J | | |
| 166. Costco | | | | | Buy | 7-8 | J | | |
| 167. Costco | | | | | Sold | 7-23 | J | none | Partial sale |
| 168. Costco | | | | | Buy | 12-17 | J | | |
| 169. Corning | | None | J | T | Buy | 11-25 | J | | |
| 170 Rio Tinto | | None | | | Buy | 5-20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Rio Tinto | | | | | Buy | 6-12 | J | | |
| 172. Rio Tinto | | | | | Sold | 8-7 | J | none | |
| 173. Metlife | A | Dividend | J | T | Buy | 1-4 | J | | |
| 174. Metlife | | | | | Sold | 4-22 | J | none | Partial sale |
| 175. Metlife | | | | | Sold | 7-23 | J | none | Partial sale |
| 176. Metlife | | | | | Buy | 10-8 | J | | |
| 177. Sprint Nextel | | None | J | T | buy | 4-10 | J | | |
| 178. Sprint Nextel | | | | | Buy | 9-16 | J | | |
| 179. Freddie Mac | | None | | | Buy | 3-14 | J | | |
| 180. Freddie Mac | | | | | Sold | 9-12 | J | none | |
| 181. Fannie Mae | A | Dividend | | | Buy | 3-20 | J | | |
| 182. Fannie Mae | | | | | Buy | 3-27 | J | | |
| 183. Fannie Mae | | | | | Buy | 4-14 | J | | |
| 184. Fannie Mae | | | | | Sold | 7-11 | J | none | Partial sale |
| 185. Fannie Mae | | | | | Sold | 7-8 | J | none | Partial sale |
| 186. Fannie Mae | | | | | Sold | 9-17 | J | none | |
| 187. Ebay | | None | J | T | Sold | 1-9 | J | none | Partial sale |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Yum Brands | A | Dividend | | | Buy | 1-10 | J | | |
| 189. Yum Brands -- | | | | | Sold | 7-22 | J | none | |
| 190 Vm Ware | | None | | | Buy | 4-30 | J | | |
| 191. Vm Ware | | | | | Sold | 7-10 | J | none | |
| 192. Gannett | A | Dividend | J | T | Buy | 6-6 | J | | |
| 193. Flextronics | | None | J | T | | | | | |
| 194. Ericsson | | None | J | T | Buy | 10-21 | J | | |
| 195 Ericsson | | | | | Buy | 10-23 | J | | |
| 196 Ericsson | | | | | Buy | 11-13 | J | | |
| 197. Ericsson | | | | | Buy | 12-13 | J | | |
| 198. Partnerre Ltd. | | None | | | Sold | 2-7 | J | B | |
| 199 Dell | | None | J | T | Buy | 10-21 | J | | |
| 200. Home Depot | | None | J | T | Buy | 10-17 | J | | |
| 201. Lowe's Cos. | | None | J | T | Buy | 10-17 | J | | |
| 202. Pepsico | A | Dividend | J | T | | | | | |
| 203. Safeway | A | Dividend | | | Sold | 2-4 | J | C | |
| 204. Boeing | | None | | | Sold | 1-7 | J | C | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place " after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205 Borg Warner | A | Dividend | | | Sold | 2-13 | J | C | |
| 206. Chevron Corp. | A | Dividend | K | T | Sold | 11-21 | J | none | Partial sale |
| 207. Chevron Corp | | | | | Sold | 11-28 | J | A | Partial sale |
| 208. Chevron Corp. | | | | | Sold | 12-5 | J | A | Partial sale |
| 209 Chevon Corp. | | | | | Sold | 11-20 | J | none | Partial sale |
| 210. Chevron Corp | | | | | Sold | 11-17 | J | none | Partial sale |
| 211. J.P. Morgan Chase | B | Dividend | K | T | Sold | 9-8 | J | none | |
| 212. J.P Morgan Chase | | | | | Buy | 10-21 | J | | |
| 213. McDonalds | A | Dividend | K | T | Sold | 1-7 | J | C | Partial sale |
| 214. McDonalds | | | | | Buy | 3-19 | J | | |
| 215. McDonalds | | | | | Buy | 9-29 | J | | |
| 216. McDonalds | | | | | Buy | 10-6 | J | | |
| 217. McDonalds | | | | | Buy | 11-13 | J | | |
| 218. Medco Health Solutions | | None | J | T | Buy | 3-13 | J | | |
| 219. Medco Health Solutions | | | | | Buy | 3-17 | J | | |
| 220. Medco Health Solutions | | | | | Sold | 10-1 | J | none | Partial sale |
| 221. Medco Health Solutions | | | | | Sold | 11-11 | J | none | Partial sale |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Merck | A | Dividend | K | T | Sold | 3-7 | J | none | Partial sale |
| 223. Merck | | | | | Buy | 6-2 | J | | |
| 224. Merck | | | | | Buy | 6-23 | J | | |
| 225. Merck | | | | | Buy | 7-9 | J | | |
| 226. Merrill Lynch | A | Dividend | | | Buy | 5-15 | J | | |
| 227. Merrill Lynch | | | | | Sold | 9-11 | J | none | |
| 228. Target | A | Dividend | | | Sold | 1-7 | J | none | Partial sale |
| 229. Target | | | | | Sold | 2-28 | J | A | Partial sale |
| 230. Target | | | | | Sold | 4-30 | J | A | Partial sale |
| 231. Target | | | | | Sold | 10-13 | J | none | |
| 232. XL Capital | A | Dividend | J | T | Buy | 8-28 | J | | |
| 233. XL Capital | | | | | Buy | 10-3 | J | | |
| 234. Alcon | A | Dividend | J | T | Sold | 11-13 | J | none | Partial sale |
| 235. Broadcom | | | | | Sold | 3-17 | J | none | Partial sale |
| 236 Broadcom | | | | | Sold | 7-22 | J | A | Partial sale |
| 237. Broadcom | | None | | | Sold | 10-8 | J | none | |
| 238. Google | | None | K | T | buy | 8-1 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239  Google | | | | | Buy | 12-3 | J | | |
| 240.  Google | | | | | Sold | 10-17 | J | none | Partial sale |
| 241.  Qualcomm | A | Dividend | K | T | Buy | 6-12 | J | | |
| 242.  Qualcomm | | | | | Buy | 7-1 | J | | |
| 243.  Qualcomm | | | | | Buy | 7-28 | J | | |
| 244  Qualcomm | | | | | Buy | 10-3 | J | | |
| 245.  Qualcomm | | | | | Buy | 12-3 | J | | |
| 246  Teva Pharmaceutical | A | Dividend | J | T | Buy | 1-25 | J | | |
| 247.  Teva Pharmaceutical | | | | | Buy | 4-14 | J | | |
| 248.  Tava Pharmaceutical | | | | | Buy | 8-12 | J | | |
| 249  Teva Pharmaceutical | | | | | Sold | 12-11 | J | none | Partial sale |
| 250.  Clorox | A | Dividend | J | T | Sold | 2-7 | J | A | |
| 251.  Bank of America | B | Dividend | J | T | Buy | 2-6 | J | | |
| 252.  Bank of America | | | | | Buy | 2-11 | J | | |
| 253.  Bank of America | | | | | Sold | 4-15 | J | none | |
| 254  Bank of America | | | | | Buy | 12-22 | J | | |
| 255  Bank of America | | | | | Buy | 12-15 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256 Bank of America | | | | | Buy | 12-31 | J | | |
| 257. Conoco Phillips | A | Dividend | K | T | Buy | 1-23 | J | | |
| 258. Conoco Phillips | | | | | Sold | 11-24 | J | none | Partial sale |
| 259 Conoco Phillips | | | | | Sold | 11-24 | J | none | Partial sale |
| 260. Conoco Phillips | | | | | Sold | 11-28 | J | none | Partial sale |
| 261. National-Oilwell | | None | | | Buy | 4-24 | J | | |
| 262. National-Oilwell | | | | | Buy | 4-30 | J | | |
| 263. National-Oilwell | | | | | Sold | 11-14 | J | none | |
| 264. Union Pacific | A | Dividend | | | Buy | 4-18 | J | | |
| 265. Union Pacific | | | | | Sold | 11-26 | J | none | |
| 266. Exxon Mobil | A | Dividend | K | T | Sold | 8-12 | J | A | Partial sale |
| 267. Exxon Mobil | | | | | Sold | 9-11 | J | B | Partial sale |
| 268. Exxon Mobil | | | | | Sold | 9-18 | J | A | Partial sale |
| 269. Bernstein Emerging Markets Portfolio | C | Dividend | L | U | buy | 12-9 | J | | |
| 270. Hartford Financial Services | A | Dividend | J | T | Buy | 3-31 | J | | |
| 271. Hartford Financial Services | | | | | Buy | 6-6 | J | | |
| 272. Hartford Financial Services | | | | | Buy | 7-18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C=$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273  Hartford Financial Services | | | | | Buy | 11-3 | J | | |
| 274.  Hartford Financial Services | | | | | Sold | 12-16 | J | none | Partial sale |
| 275  Genworth Financial | | None | | | Buy | 7-25 | J | | |
| 276.  Genworth Financial | | | J | T | | 7-28 | J | | |
| 277.  Renaissance Holdings | A | None | | | Sold | 2-7 | J | A | |
| 278.  Aflac | A | Dividend | | | Sold | 4-1 | J | B | |
| 279.  Apple Computer | | None | K | T | Sold | 1-7 | J | D | Partial sale |
| 280.  Apple Computer | | | | | Sold | 1-18 | J | C | Partial sale |
| 281.  Apple Computer | | | | | Buy | 2-8 | J | | |
| 282.  Apple Computer | | | | | Buy | 3-5 | J | | |
| 283.  Apple Computer | | | | | Buy | 3-27 | J | | |
| 284.  Apple Computer | | | | | Sold | 4-22 | J | C | Partial sale |
| 285.  Apple Computer | | | | | Buy | 6-19 | J | | |
| 286.  Apple Computer | | | | | Buy | 10-3 | J | | |
| 287.  Franklin Resources | A | Dividend | J | T | Sold | 3-5 | J | none | Partial sale |
| 288.  Frankin Resouces | | | | | Sold | 4-18 | J | none | Partial sale |
| 289.  Franklin Resources | | | | | Sold | 9-18 | J | none | Partial sale |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g , div., rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290.  Philip Morris | A | Dividend | J | T | Buy | 7-24 | | | |
| 291.  Genentech | | None | K | T | Sold | 1-25 | J | none | Partial sale |
| 292.  Genentech | | | | | Sold | 3-17 | J | | |
| 293.  Genentech | | | | | Sold | 7-11 | J | none | Partial sale |
| 294.  Genentech | | | | | Buy | 10-3 | J | | |
| 295.  Genentech | | | | | Buy | 10-3 | J | | |
| 296.  Genentech | | | | | Buy | 11-18 | J | | |
| 297.  Gilead Sciences | none | | K | T | buy | 10-9 | J | | |
| 298.  Gilead Sciences | | | | | Sold | 6-13 | J | B | Partial sale |
| 299.  Sanofi Aventis | | None | J | T | Buy | 12-19 | J | | |
| 300.  TJX Companies | | None | J | T | Buy | 12-19 | J | | |
| 301.  Limited Brands | | None | J | T | Buy | 12-18 | J | | |
| 302.  Viacom | | None | J | T | Buy | 12-18 | J | | |
| 303  Northern Trust | | | | | | | | | See Part VIII |
| 304  Schlumberger | A | Dividend | K | T | Buy | 1-10 | J | | |
| 305.  Schlumberger | | | | | Buy | 11-25 | | | |
| 306  Wellpoint | | None | | | Sold | 2-8 | J | A | Partial sale |

| 1  Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Wellpoint | | | | | Sold | 3-7 | J | none | Partial sale |
| 308. Wellpoint | | | | | Sold | 3-12 | J | none | |
| 309. Time Warner | A | Dividend | J | T | Buy | 10-28 | J | | |
| 310 Time Warner | | | | | Buy | 12-8 | J | | |
| 311. Wm. Wrigley Co. | A | Dividend | J | T | buy | 1-18 | J | | |
| 312. Wm. Wrigley Co. | | | | | Buy | 8-7 | J | | |
| 313. Wm. Wrigley Co. | | | | | Sold | 9-22 | J | A | Partial sale |
| 314. Wm Wrigley Co. | | | | | Sold | 9-25 | J | B | Partial sale |
| 315. Wm. Wrigley Co | | | | | Sold | 10-7 | J | C | |
| 316. Emerson Electric | A | Dividend | J | T | Buy | 1-10 | J | | |
| 317. Emerson Electric | | | | | Sold | 4-10 | J | none | Partial sale |
| 318. Cisco Systems | | None | K | T | Sold | 4-22 | J | none | Partial sale |
| 319 Cisco Systems | | | | | Sold | 5-16 | J | none | Partial sale |
| 320 General Electric | A | Dividend | J | T | Sold | 6-23 | J | none | Partial sale |
| 321 The Travelers Cos | A | Dividend | J | T | Sold | 4-18 | J | none | Partial sale |
| 322 The Travelers Cos. | | | | | Sold | 11-28 | J | none | Partial sale |
| 323 AmerisourceBergen | A | Dividend | | | Sold | 9-16 | | none | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. AT &T | B | Dividend | K | T | | | | | |
| 325. Lockheed Martin | A | Dividend | J | T | Buy | 9-15 | J | | |
| 326. Lockheed Martin | | | | | Buy | 11-18 | J | | |
| 327. Activision Blizzard Inc. | | None | J | T | Buy | | J | | |
| 328. Black & Decker | A | Dividend | J | T | | | | | |
| 329. CBS | A | Dividend | J | T | Buy | -12-8 | J | | |
| 330. Coca Cola | A | Dividend | | | Buy | 1-10 | J | | |
| 331. Coca-Cola | | | J | T | Buy | 7-22 | J | | |
| 332. IBM | | None | | | Sold | 1-23 | J | B | |
| 333. Kroger | | None | | | Sold | 4-1 | J | B | |
| 334. Arcelormittal | A | Dividend | K | T | Sold | 3-19 | J | C | Partial sale |
| 335. Arcelormittal | | | | | Sold | 5-22 | J | B | Partial sale |
| 336. Arcelomittal | | | | | Sold | 11-24 | J | none | |
| 337. Nokia | A | Dividend | J | T | buy | 2-15 | J | | |
| 338. Nokia | | | | | Sold | 4-30 | J | none | Partial sale |
| 339. Nokia | | | | | Sold | 5-22 | J | none | Partial sale |
| 340. Nokia | | | | | Sold | 7-1 | J | none | Partial sale |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Nokia | | | | | Sold | 7-18 | J | none | Partial sale |
| 342. Nokia | | | | | Sold | 8-15 | J | | Partial sale |
| 343. Nokia | | | | | Buy | 10-9 | J | | |
| 344. Northrop Grumman | A | Dividend | K | T | Sold | 3-28 | J | none | Partial sale |
| 345. Northrop Grumman | | | | | Sold | 5-20 | J | none | Partial sale |
| 346. Northrop Grumman | | | | | Sold | 8-27 | J | A | Partial sale |
| 347. Northrop Grumman | | | | | Sold | 10-30 | J | none | |
| 348. Pfizer | B | Dividend | K | T | Buy | 1-15 | J | | |
| 349. Pfizer | | | | | Sold | 8-28 | J | none | Partial sale |
| 350. Sara Lee | A | Dividend | | | Sold | 2-7 | J | none | |
| 351. Transocean Inc. | | None | | | Buy | 4-18 | J | | |
| 352. Transocean Inc. | | | | | Buy | 4-24 | J | | |
| 353. Transocean Inc. | | | | | Sold | 10-17 | J | none | |
| 354. Electronic Arts | | None | | | Buy | 7-24 | J | | |
| 355. Electronic Arts | | | | | Sold | 10-6 | J | none | |
| 356. Kellogg Co. | A | Dividend | | | Buy | 9-15 | J | | |
| 357. Kellogg Co. | | | | | Buy | 10-8 | J | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358  Kellogg Co. | | | | | Sold | 12-22 | J | none | |
| 359.  Verizon | A | Dividend | J | T | Buy | 11-22 | J | | |
| 360  America Movil | A | Dividend | | T | Sold | 1-7 | J | B | Partial sale |
| 361.  America Movil | | | | | Buy | 5-27 | J | none | |
| 362.  America Movil | | | | | Sold | 11-21 | J | none | |
| 363.  Baker Hughes | A | Dividend | | | Sold | 1-25 | J | none | Partial sale |
| 364.  Baker Hughes | | | | | Sold | 1-31 | J | none | Partial sale |
| 365.  Baker Hughes | | | | | Sold | 3-25 | J | none | Partial sale |
| 366.  Baker Hughes | | | | | Sold | 4-16 | J | none | Partial sale |
| 367.  Baker Hughes | | | | | Sold | 8-12 | J | none | |
| 368.  Charles Schwab | | None | J | T | Buy | 11-13 | J | | |
| 369.  Fluor | A | Dividend | J | T | Buy | 1-10 | J | | |
| 370.  Fluor | | | | | Sold | 3-20 | J | none | Partial sale |
| 371.  Fluor | | | | | Sold | 5-22 | J | B | Partial sale |
| 372.  Fluor | | | | | Sold | 7-22 | J | B | Partial sale |
| 373.  Fluor | | | | | Sold | 11-10 | J | none | Partial sale |
| 374.  Kohls | | None | J | T | Buy | 4-22 | J | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375   Kohls | | | | | Buy | 9-24 | J | | |
| 376.  Las Vegas Sands Corp | | None | | | Sold | 1-18 | J | A | |
| 377   Monsanto | A | Dividend | K | T | Sold | 1-7 | J | D | Partial sale |
| 378.  Monsanto | | | | | Buy | 7-15 | J | | |
| 379.  Monsanto | | | | | Buy | 9-29 | J | | |
| 380   Nvidia | | None | J | T | Buy | 4-22 | J | | |
| 381.  Nvidia | | | | | Sold | 7-3 | J | none | Partial sale |
| 382.  Nvidia | | | | | Sold | 7-14 | J | none | Partial sale |
| 383   Nvidia | | | | | Buy | 9-4 | J | | |
| 384.  Nvidia | | | | | Buy | 9-17 | J | | |
| 385.  NYSE Euronext | A | Dividend | J | T | Sold | 9-17 | J | none | |
| 386.  Valero Energy Corp. | A | Dividend | | | Buy | 4-8 | J | | |
| 387.  Valero Energy Corp. | | | | | Sold | 12-24 | J | none | |
| 388.  United Technologies | | None | | | Sold | 2-7 | J | none | |
| 389   MBIA | A | Dividend | | | Sold | 2-1 | J | none | |
| 390.  American Electric Power | A | Dividend | | | Sold | 2-14 | J | B | |
| 391   Allstate Corp | A | Dividend | J | T | Buy | 11-15 | J | | |

| 1  Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Autoliv Inc. | A | Dividend | J | T | | | | | |
| 393. Caterpillar Inc. | A | Dividend | J | T | Sold | 7-7 | J | none | Partial sale |
| 394. Caterpillar Inc. | | | | | Buy | 11-12 | J | | |
| 395. Covidien Ltd. | A | Dividend | | | Sold | 2-1 | J | A | |
| 396. Deutsche Bank | B | Dividend | J | T | Buy | 2-11 | J | | |
| 397. Deutsche Bank | | | | | Buy | 3-14 | J | | |
| 398. Dow Chemical | A | Dividend | | | Sold | 5-1 | J | none | Partial sale |
| 399. Dow Chemical | | | | | Sold | 10-23 | J | none | Partial sale |
| 400. Dow Chemical | | | | | Sold | 11-7 | J | none | Partial sale |
| 401. Dow Chemical | | | | | Sold | 11-19 | J | none | |
| 402. General Motors | A | Dividend | | | Sold | 9-29 | J | none | |
| 403. Ingersoll Rand | | None | | | Sold | 2-13 | J | none | |
| 404. Kraft Foods | A | Dividend | | | Sold | 1-7 | J | C | |
| 405. Macy's Inc. | A | Dividend | J | T | Buy | 6-25 | J | | |
| 406. Macy's Inc. | | | | | Sold | 10-30 | J | none | Partial sale |
| 407. Marathon Oil | A | Dividend | | | Sold | 3-11 | J | A | Partial sale |
| 408. Marathon Oil | | | | | Sold | 5-29 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409  Morgan Stanley | A | Dividend | J | T | Buy | 2-14 | J | | |
| 410. Morgan Stanley | | | | | Buy | 2-15 | J | | |
| 411. Morgan Stanley | | | | | Buy | 8-1 | J | | |
| 412. Parker Hannifin | A | Dividend | | | Sold | 7-22 | J | A | |
| 413. Royal Dutch Shell | A | Dividend | K | T | Buy | 4-3 | J | | |
| 414. Royal Dutch Shell | | | | | Buy | 4-7 | J | | |
| 415  Tech Data | | None | | | Sold | 12-16 | J | none | |
| 416. Terex | | None | | | Sold | 3-5 | J | none | Partial sale |
| 417. Terex | | | | | Sold | 4-16 | J | none | |
| 418. Bristol Myers Squibb | A | Dividend | J | T | Buy | 10-28 | J | | |
| 419. Tyco Electronics | A | Dividend | | | Sold | 4-2 | J | none | |
| 420. Tyco International | A | Dividend | | | Sold | 5-16 | J | none | |
| 421. VF Corp. | A | Dividend | | | Sold | 7-30 | J | none | |
| 422. Vodafone | A | Dividend | | | Sold | 6-24 | J | none | Partial sale |
| 423. Vodafone | | | | | Sold | 7-16 | J | A | |
| 424. Abbott Laboratories | A | Dividend | J | T | Sold | 4-17 | J | none | |
| 425. Abbott Laboratories | | | | | Buy | 9-22 | J | | |

1 Income Gain Codes:        A =$1,000 or less            B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000       G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less          K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000      O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal                R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
  (See Column C2)           U =Book Value               V =Other                  W =Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426 Abbott Laboratories | | | | | Sold | 12-11 | J | none | Partial sale |
| 427. Adobe Systems | | None | | | Sold | 3-25 | J | none | Partial sale |
| 428. Adobe Systems | | | | | Sold | 4-4 | J | none | Partial sale |
| 429 Adobe Systems | | | | | Sold | 4-22 | J | none | |
| 430. Air Products & Chemicals | . A | Dividend | J | T | Sold | 2-1 | J | none | Partial sale |
| 431. Air Products & Chemicals | | | | | Sold | 4-15 | J | A | Partial sale |
| 432. Air Products & Chemicals | | | | | Sold | 8-8 | J | A | Partial sale |
| 433. Air Products & Chemicals | | | | | Sold | 10-28 | J | none | Partial sale |
| 434. American Express | | None | | | Sold | 1-11 | J | none | |
| 435. Cameron International | | None | J | T | | | | | |
| 436. Abb Ltd | | None | | | Sold | 4-2 | J | none | Partial sale |
| 437 Abb Ltd. | | | | | Sold | 4-9 | J | A | |
| 438. Celgene | | None | K | T | Buy | 3-11 | J | | |
| 439. Colgate-Palmolive | A | Dividend | J | T | Buy | 1-11 | J | | |
| 440 Colgate-Palmolive | | | | | Sold | 6-5 | J | none | Partial sale |
| 441 Deere | A | Dividend | J | T | Sold | 4-18 | J | B | Partial sale |
| 442. Deere | | | | | Sold | 4-22 | J | A | Partial sale |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443 Deere | | | | | Sold | 10-10 | J | none | Partial sale |
| 444 EOG Res | A | Dividend | J | T | Buy | 1-10 | J | | |
| 445. EOG Res. | | | | | Buy | 7-15 | J | | |
| 446. EOG | | | | | Buy | 8-18 | J | | |
| 447. EOG Res. | | | | | Sold | 10-1 | J | none | Partial sale |
| 448. Hologic | | None | | | Buy | 2-28 | J | | |
| 449. Hologic | | | | | Sold | 5-9 | J | none | |
| 450. Honeywell International | A | Dividend | | | Sold | 7-28 | J | none | Partial sale |
| 451. Honeywell International | | | | | Sold | 10-1 | J | none | Paartial sale |
| 452. Honeywell International | | | | | Sold | 10-15 | J | none | |
| 453. Honeywell International | | | | | Sold | 11-25 | J | none | |
| 454. Research in Motion | | None | | | Buy | 1-10 | J | | |
| 455. Research in Motion | | | | | Buy | 3-11 | J | | |
| 456. Research in Motion | | | | | Sold | 6-17 | J | B | Partial sale |
| 457. Research in Motion | | | | | Sold | 10-8 | J | none | Partial sale |
| 458. Research in Motion | | | | | Sold | 10-31 | J | none | Partial sale |
| 459. Research in Motion | | | | | Sold | 11-10 | J | none | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460   Spirit Aerosystems | | | | | Sold | 4-1 | J | none | Partial sale |
| 461.  Spirit Aerosystems | | None | | | Sold | 4-10 | J | none | |
| 462.  Western Digital | | None | J | T | Buy | 5-19 | J | | |
| 463.  Western Digital | | | | | Buy | 8-1 | J | | |
| 464.  Western Digital | | | | | Buy | 9-2 | J | | |
| 465.  Western Digital | | | | | Buy | 9-8 | J | | |
| 466.  Baxter International | A | Dividend | J | T | Buy | 5-6 | J | | |
| 467.  Baxter International | | | | | Buy | 7-22 | J | | |
| 468.  Baxter International | | | | | Buy | 10-10 | J | | |
| 469.  Textron | A | Dividend | J | T | Buy | 3-20 | J | | |
| 470.  Textron | | | | | Sold | 9-19 | J | none | Partial sale |
| 471.  Textron | | | | | Buy | 12-19 | J | | |
| 472.  Motorola | A | Dividend | J | T | Buy | 6-13 | J | | |
| 473.  Motorola | | | | | Buy | 10-2 | J | | |
| 474.  Devon Energy | A | Dividend | J | T | Buy | 9-9 | J | | |
| 475.  Devon Energy | | | | | Buy | 9-15 | J | | |
| 476.  Devon Energy | | | | | Buy | 10-1 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477 Schering-Plough | A | Dividend | J | T | Buy | 4-29 | J | | |
| 478. Schering-Plough | | | | | Sold | 9-25 | J | none | |
| 479 Freeport McMoran Copper | A | Dividend | | | Buy | 4-10 | J | | |
| 480 Freeport McMoran Copper | | | | | Sold | 6-10 | J | A | |
| 481. Fidelity National | A | Dividend | J | T | | | | | |
| 482 MEMC Electronic Materials | | | | | Buy | 2-1 | J | | |
| 483. MEMC Electronic Materials | | | | | Buy | 3-13 | J | | |
| 484. MEMC Electronic Materials | | | | | Buy | 4-18 | J | | |
| 485. MEMC Electronic Materials | | | | | Buy | 4-24 | J | | |
| 486. MEMC Electronic Materials | | None | | | Buy | 6-19 | J | | |
| 487. MEMC Electronic Materials | | | | | Buy | 7-8 | J | | |
| 488. MEMC Electronic Materials | | | | | Sold | 9-12 | J | none | Partial sale |
| 489. MEMC Electronic Materials | | | | | Sold | 9-25 | J | none | |
| 490. Lehman Bros. | A | Dividend | | | Buy | 1-10 | J | | |
| 491. Lehman Bros. | | | | | Buy | 2-8 | J | | |
| 492. Lehman Bros. | | | | | Sold | 3-17 | J | none | |
| 493. Becton Dickinson | A | Dividend | J | T | Buy | 4-16 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| ROSS, ALLYNE R. | - | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Becton Dickinson | | | | | Buy | 7-22 | J | | |
| 495. Becton Dickinson | | | | | Buy | 8-8 | J | | |
| 496. Becton Dickinson | | | | | Buy | 8-12 | J | | |
| 497. McKesson Corp. | | None | | | Sold | 3-18 | J | none | Partial sale |
| 498. McKesson Corp. | | | | | Sold | 4-18 | J | none | Partial sale |
| 499 McKesson Corp. | | | | | Sold | 5-5 | J | none | |
| 500 Wyeth | A | Dividend | J | T | Buy | 8-26 | J | | |
| 501. Dominion Resources | A | Dividend | J | T | Buy | 10-28 | J | | |
| 502. Eastern Chemical | A | Dividend | J | T | Buy | 10-28 | J | | |
| 503. Nike | A | Dividend | J | T | Buy | 5-5 | J | | |
| 504. Salesforce.com | | None | | | Buy | 5-27 | J | | |
| 505. Salesforce.com | | | | | Sold | 9-12 | J | none | |
| 506. Starbucks | | None | | | Buy | 5-27 | J | | |
| 507. Starbucks | | | | | Sold | 9-11 | J | none | |
| 508. Foster Wheeler | | None | | | Buy | 4-24 | J | | |
| 509. Foster Wheeler | | | | | Sold | 9-8 | J | none | |
| 510. General Mills | A | Dividend | J | T | Buy | 11-13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511 Walt Disney | | None | J | T | Buy | 11-12 | J | | |
| 512. Walt Disney | | | | | Buy | 12-17 | J | | |
| 513. Molson Coors | | None | J | T | Buy | 11-25 | J | | |
| 514. News Corp. | | None | J | T | Buy | 12-11 | J | | |
| 515. Alcoa | A | Dividend | | | Buy | 1-2 | J | | |
| 516. Alcoa | | | | | Buy | 1-11 | J | | |
| 517. Alcoa | | | | | Sold | 4-1 | J | none | Partial sale |
| 518. Alcoa | | | | | Sold | 8-26 | J | none | Partial sale |
| 519. Alcoa | | | | | Sold | 11-3 | J | none | |
| 520. Charles Schwab Bank | A | Interest | J | T | | | | | |
| 521. Anheuser Busch | A | Dividend | | | Sold | 11-8 | K | D | |
| 522. Auto Data Processing | A | Dividend | J | T | | | | | |
| 523. Avon | A | Dividend | J | T | | | | | |
| 524 Broadridge Financial Solutions | A | Dividend | J | T | | | | | |
| 525. Broadridge Financial Solutions | | | | | spin-off | 3-30 | J | | |
| 526. National City | A | Dividend | | | Sold | 12-9 | J | none | |
| 527. Cintas | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div , rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. Federated Investors | A | Dividend | J | T | | | | | |
| 529 CME Group | A | Dividend | K | T | Buy | 1-25 | J | | |
| 530 CME Group | | | | | Buy | 2-15 | J | | |
| 531 CME Group | | | | | Buy | 3-17 | J | | |
| 532. CME Group | | | | | Buy | 4-4 | J | | |
| 533. CME Group | | | | | Buy | 5-20 | J | | |
| 534. CME Group | | | | | Buy | 10-3 | J | | |
| 535. DR Horton Inc. | A | Dividend | J | T | Buy | 1-17 | J | | |
| 536. Fifth Third Bancorp | A | Dividend | J | T | Sold | 1-22 | J | none | |
| 537. Fifth Third Bancorp | | | | | Buy | 12-23 | J | | |
| 538 Intl. Game Technology | A | Dividend | J | T | | | | | |
| 539. Ryder System | | | | | Buy | 5-20 | J | | |
| 540. Ryder System | A | Dividend | | | Sold | 11-7 | J | none | |
| 541. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 542. Medtronic | A | Dividend | J | T | | | | | |
| 543. Strayer Education | A | Dividend | K | T | | | | | |
| 544. Sysco | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. United Parcel Service | A | Dividend | J | T | | | | | |
| 546. JC Penny | A | Dividend | | T | Buy | 2-11 | J | | |
| 547. JC Penny | | | | | Buy | 10-28 | J | | |
| 548. Wal-Mart Stores | A | Dividend | K | T | Buy | 2-12 | J | | |
| 549. Wal-Mart Stores | | | | | Buy | 4-22 | J | | |
| 550. Wal-Mart Stores | | | | | Buy | 10-1 | J | | |
| 551. Crosstex Energy LP | A | Distribution | J | T | | | | | |
| 552. ishares Canada Index Fund | A | Dividend | J | T | | | | | |
| 553. ishares EAFE Index Fund | A | Dividend | K | T | | | | | |
| 554. Vanguard Emerging Markets Fund | A | Dividend | J | U | | | | | |
| 555. Vanguard Small Cap Value Fund | A | Dividend | J | U | | | | | |
| 556. Vanguard Utilities Fund | A | Dividend | J | U | | | | | |
| 557. Alliance Bernsteing Global Diversified Str ategies LP | | None | N | T | | | | | |
| 558. Bernstein Global Opportunities Hedge Fund | | None | N | T | | | | | |
| 559. WFG-WP X Partners LLC | | None | N | W | | | | | |
| 560. | | | | | | | | | |
| 561. | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 8/31/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 74: T Rowe Price Developing Technologies Fund was merged into T. Rowe Price Science and Technology Fund.

Line 93: Trust #4 appears to have been reported last year by mistake. I have located no record indicating that such a trust exists

Line 303: This holding appears to have been reported by mistake. I have no record that is was purchased.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U S C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSS, ALLYNE R. | U.S D. C., EDNY | 7/13/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U S. DISTRICT JUDGE | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2008 to 12/31/2008 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. DISTRICT COURT, E.D.N.Y. 225 CADMAN PLAZA EAST, 915 S BROOKLYN, NY 11201 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 29 A 10: 50 U.S.C. DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1 -12/31 | Partner in Willkie Farr & Gallagher LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Aspen Institute | 5-30-2008 to 6-1-2008 | Wye Woods, MD | Educational Seminar | Hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Trust #1 | | None | J | W | | | | | |
| 2.   IRA #1 | E | Dividend | N | T | | | | | |
| 3.   -Time Warner | | | | | Sold | 1-23 | K | | none |
| 4.   -Cisco Systems Inc. | | | | | | | | | |
| 5.   -Dreyfus Liquid Assets | | | | | | | | | |
| 6.   -Ericsson | | | | | | | | | |
| 7.   -General Electric | | | | | Buy | 7-24 | J | | |
| 8.   -General Electric | | | | | Buy | 8-18 | J | | |
| 9.   -General Electric | | | | | Buy | 9-16 | J | | |
| 10.  -American Express | | | | | | | | | |
| 11.  -Citigroup | | | | | | | | | |
| 12.  -Intel | | | | | | | | | |
| 13.  -KBR | | | | | Buy | 11-21 | J | | |
| 14.  -Microsoft | | | | | | | | | |
| 15.  -John Hancock Bank Fund | | | | | Sold | 10-28 | J | none | |
| 16.  -Viacom | | | | | | | | | |
| 17.  -Encana Corp. | | | | | Sold | 1-23 | K | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Enterprise Prods Partners | | | | | | | | | |
| 19. -Managed High Yield Plus Fund | | | | | Sold | 10-10 | J | none | |
| 20. -Provident Energy Trust | | | | | Buy | 2-8 | K | | |
| 21. -Putnam Premier Income Trust | | | | | | | | | |
| 22. -Enerplus Resources | | | | | | | | | |
| 23. -Bank of America Corp. | | | | | buy | 7-24 | K | | |
| 24. -BlackRock Global Energy & Resources Trust | | | | | | | | | |
| 25. -Kayne Anderson MLP Invt. Co. | | | | | Sold | 8-27 | K | D | |
| 26. -Yahoo Inc. | | | | | | | | | |
| 27. -BHP Billiton Ltd. | | | | | Sold | 1-29 | K | D | |
| 28. -Boardwalk Pipeline Partners | | | | | Buy | 3-6 | K | | |
| 29. -General Motors Corp. | | | | | | | | | |
| 30. -Procter & Gamble Co. | | | | | | | | | |
| 31. -New York Community Bancorp | | | | | Sold | 3-26 | K | B | |
| 32. -Schering Plough Corp. | | | | | Sold | 9-23 | K | none | |
| 33. -RMR Real Estate Fund | | | | | Sold | 2-22 | J | none | |
| 34. -Eaton Vace Limited Duration Income Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Baytex Energy Trust | | | | | Sold | 5-21 | J | none | |
| 36. -HRPT PPTYs TR | | | | | Sold | 7-24 | J | none | |
| 37. -Hospitality PPTYS TR | | | | | buy | 7-9 | K | | |
| 38. -Hub Group | | | | | Sold | 2-11 | K | A | |
| 39. -I-Trax | | | | | Sold | 3-18 | K | C | |
| 40. -Johnson & Johnson | | | | | Sold | 6-19 | J | A | |
| 41. -Keycorp | | | | | Sold | 5-30 | J | none | |
| 42. -NYSE Euronext | | | | | Sold | 8-20 | J | none | |
| 43. -Pengrowth Energy Tr. | | | | | buy | 4-17 | K | | |
| 44. -United Health | | | | | Sold | 10-23 | J | none | |
| 45. -Powershares DB Multi-Sector Commodity TR | | | | | Sold | 1-31 | J | C | |
| 46. -Nicholas-Applegate Conv.&Incm. Fund | | | | | Sold | 2-25 | K | none | |
| 47. -Bristol Myers Squibb | | | | | Buy | 8-11 | J | | |
| 48. -Bristol Myers Squibb | | | | | Buy | 10-24 | J | | |
| 49. -Dow Chemical | | | | | Buy | 1-8 | K | | |
| 50. -KBR Inc. | | | | | Buy | 11-21 | J | | |
| 51 -Linn Energy | | | | | Buy | 8-19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Manitowoe Co. | | | | | Buy | 11-6 | J | | |
| 53. -Cohen&Steers Select Utility Fund | | | | | Buy | 4-21 | J | | |
| 54. -Fiduciary/Claymore Opportunity Fund | | | | | Buy | 10-22 | J | | |
| 55. -Fiduciary /Claymore Opportunity Fund | | | | | Buy | 12-26 | J | | |
| 56. -Greenhaven Continuous Commodity Index Fund | | | | | Buy | 2-7 | J | | |
| 57. -ishares FTSE NAREIT MTG REITS Index Fund | | | | | Buy | 1-24 | J | | |
| 58. -ishares FTSE NAREIT MTG REITS Index Fund | | | | | Buy | 2-27 | J | | |
| 59. -ishares FTSE NAREIT MTG Index Fund | | | | | Buy | 7-22 | J | | |
| 60. -IRA # 2 | A | Int./Div. | K | T | | | | | |
| 61. -Saving Acct. at Citibank | | | | | | | | | |
| 62. -Kaiser Group Int'l | | | | | | | | | |
| 63. -Provident Energy Trust | | | | | | | | | |
| 64. -John Hancock Bank Fund | | | | | | | | | |
| 65. Kayne Anderson Energy Total Return Fund | | | | | Buy | 4-16 | J | | |
| 66. -Tennesee Valley Authority Strips | | | | | | | | | |
| 67. Trust # 2 | A | Dividend | J | U | | | | | |
| 68. -Dodge Cox Stock Fund | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust # 3 | D | Dividend | M | U | | | | | |
| 70. -T Rowe Price Short-Term Bond Fund | | | | | Buy | 3-27 | J | | |
| 71. -T. Rowe Price Short-Term Bond Fund | | | | | Redeemed | 4-2 | J | | |
| 72. -T.Rowe Price Small-Cap Value Fund | | | | | Redeemed | 4·2 | J | | |
| 73. -T. Rowe Price Small-Cap Value Fund | | | | | | | | | |
| 74. -T. Rowe Price Science & Technology Fund | | | | | | 11-14 | K | none | See Part VIII |
| 75. -T. Rowe Price Capital Opportunity Fund | | | | | Redeemed | 3-27 | J | | |
| 76. Citibank Accounts | B | Interest | N | T | | | | | |
| 77. BNP Paribas DJ Stoxx 50 Structured Note | | None | M | T | | | | | |
| 78. Citibank NY Tax-Free Reserves Fund | A | Dividend | M | T | | | | | |
| 79. Vanguard Limited-Term Tax-Exempt Fund | E | Dividend | O | U | Buy | 2-6 | N | | |
| 80. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 4-18 | L | | |
| 81. Vanguard NY Tax-Exempt Money Market Fund | D | Dividend | N | U | Redeemed | 4-21 | K | none | partial redemption |
| 82. Vanguard NY Tax-Exempt Money Market Fund | | | | | Redeemed | 5-22 | J | none | partial redemption |
| 83. Vanguard NY Tax-Exempt Money Market Fund | | | | | Redeemed | 6-18 | M | none | partial redemption |
| 84. Vanguard NY Tax-Exempt Money Market Fund | | | | | Buy | 6-19 | E | | |
| 85. Vanguard NY Tax-Exempt Money Market Fund | | | | | Buy | 8-12 | M | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Western Asset Municipal NY Money Market Fund | A | Dividend | J | U | Redeemed | 1-22 | J | none | Partial redemption |
| 87. Western Asset Municipal NY Money Market Fund | | | | | Buy | 4-24 | J | | |
| 88. Western Asset Muncipal NY Money Market Fund | | | | | Redeemed | 4-28 | J | | Partial redemption |
| 89. Western Asset Municipal NY Money Market Fund | | | | | Redeemed | 7-24 | J | | Partial redemption |
| 90. Western Asset Municipal NY Money Market Fund | | | | | Redeemed | 10-28 | J | | Partial redemption |
| 91. Trust # 3 | A | Dividend | J | U | | | | | |
| 92. -Aggressive Growth Portfolio | | | | | Redeemed | 7-28 | J | A | Partial redemption |
| 93. Trust # 4 - Y | C | Dividend | K | U | | | | | See Part VIII |
| 94. WFG-WPX Partners LLC | | None | N | W | buy | 4-23 | N | | |
| 95. Goldman Sachs High Yield Fund | C | Dividend | K | U | buy | 4-6 | J | | |
| 96. Fidelity Freedom Fund | | | K | | | 10-7 | K | | |
| 97. Bernstein Global Diversified Strategies L.P. | | None | N | T | | | | | |
| 98. S&P 500 Variable Participation Notes | | None | M | T | | | | | |
| 99. Asta Five NY | | None | J | T | | | | | |
| 100. Bernstein New York Municipal Portfolio | D | Dividend | M | U | Buy | 10-28 | K | | |
| 101. Bernstein New York Municipal Portfolio | | | | | Redeemed | 11-13 | K | none | Partial redemption |
| 102. Bernstein New York Municipal Portfolio | | | | | Buy | 12-9 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. BP PLC | A | Dividend | | | Buy | 1-25 | J | | |
| 104. BP PLC | | | J | T | Sold | 12-8 | J | none | |
| 105. Bernstein Tax-Managed International Portfolio | D | Dividend | N | U | Buy | 11-13 | K | | |
| 106. Supervalu | A | Dividend | J | T | Buy | 1-7 | J ' | | |
| 107. Altria Group | A | Dividend | J | T | Buy | 1-14 | J | | |
| 108. Altria Group | | | | | Sold | 5-5 | J | none | Partial sale |
| 109. Cash Balance at Sanford C. Bernstein & co | A | Interest | K | T | | | | | |
| 110. Tech Data Corp. | | None | | | Sold | 12-16 | J | none | |
| 111. Hewlett Packard | A | Dividend | K | T | Buy | 1-10 | J | | |
| 112. Hewlett Packard | | | | | Buy | 6-3 | J | | |
| 113. Hewlett Packard | | | | | Buy | 4-22 | J | -- | |
| 114. Hewlett Packard | | | | | Buy | 7-8 | J | | |
| 115. Cameron International | none | | | | Buy | 4-10 | J | | |
| 116. Ashland Inc. | A | Dividend | J | T | Buy | 3-14 | J | | |
| 117. Wachovia | A | Dividend | | | Buy | 3-31 | J | | |
| 118. Wachovia | | | | | Buy | 4-22 | J | | |
| 119. Wachovia | | | | | Sold | 9-26 | J | none | Partial sale |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div , rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Wachovia | | | | | Sold | 9-30 | J | none | |
| 121. American International Group | | None | J | T | Buy | 2-11 | J | | |
| 122. American International Group | | | | | Buy | 2-14 | J | | |
| 123. American International Group | | | | | Buy | 4-22 | J | | |
| 124. American International Group | | | | | Buy | 5-12 | J | | |
| 125. Amgen | | None | J | T | Buy | 11-10 | J | B | |
| 126. Tyson Foods | A | Dividend | J | T | Buy | 5-1 | J | | |
| 127. Apache Corp. | A | Dividend | J | T | Buy | 6-27 | J | | |
| 128. Apache Corp. | | | | | Buy | 7-24 | J | | |
| 129. Apache Corp | | | | | Buy | 8-8 | J | | |
| 130. Apache Corp. | | | | | Buy | 10-28 | J | | |
| 131. Cardinal Health | A | Dividend | J | T | Buy | 6-25 | J | | |
| 132. Cardinal Health | | | | | Buy | 10-28 | J | | |
| 133. Citigroup | A | Dividend | J | T | Buy | 2-5 | J | | |
| 134. Citigroup | | | | | Buy | 2-7 | J | | |
| 135. Citigroup | | | | | Buy | 2-11 | J | | |
| 136. Citigroup | | | | | Buy | 2-12 | J | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Citigroup | | | | | Buy | 2-27 | J | | |
| 138. Citigroup | | | | | Buy | 9-22 | J | | |
| 139. Citigroup | | | | | Buy | 2-11 | J | A | |
| 140. Allied Waste | | None | | | Buy | 4-18 | J | | |
| 141. Allied Waste | | | | | Sold | 11-25 | J | none | |
| 142. Goldman Sachs | A | Dividend | K | T | Sold | 2-1 | J | B | Partial sale |
| 143. Goldman Sachs | | | | | Buy | 3-27 | J | | |
| 144. Goldman Sachs | | | | | Buy | 4-22 | J | | |
| 145. Goldman Sachs | | | | | Buy | 9-9 | J | | |
| 146. Goldman Sachs | | | | | Sold | 9-17 | J | none | |
| 147. Goldman Sachs | | | | | Buy | 10-28 | J | | |
| 148. Goldman Sachs | | | | | Buy | 11-4 | J | | |
| 149. Goldman Sachs | | | | | Buy | 11-10 | J | | |
| 150. Intel Corp. | A | Dividend | J | T | Sold | 1-7 | J | none | Partial sale |
| 151. Intel Corp. | | | | | Sold | 1-23 | J | none | Partial sale |
| 152. Intel Corp. | | | | | Sold | 2-29 | J | none | Partial sale |
| 153. Intel Corp. | | | | | Buy | 9-24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Bunge Ltd. | | None | J | T | Buy | 11-12 | J | | |
| 155. Microsoft | A | Dividend | J | T | Sold | 6-25 | J | A | Partial sale |
| 156. Microsoft | | | | | Sold | 4-15 | J | none | Partial sale |
| 157. Procter & Gamble | A | Dividend | J | T | Buy | 1-10 | J | | |
| 158. Procter & Gamble | | | | | Sold | 3-11 | J | none | Partial sale |
| 159. Procter & Gamble | | | | | Sold | 4-18 | J | none | |
| 160. Proctor & Gamble | | | | | Sold | 5-1 | J | B | Partial sale |
| 161. Procter & Gamble | | | | | Sold | 4-18 | J | none | Partial sale |
| 162. Proctor & Gamble | | | | | Buy | 10-3 | J | | |
| 163. Proctor & Gamble | | | | | Buy | 10-9 | J | | |
| 164. Costco | A | Dividend | J | | Buy | 1-14 | J | | |
| 165. Costco | | | | | Buy | 3-7 | J | | |
| 166. Costco | | | | | Buy | 7-8 | J | | |
| 167. Costco | | | | | Sold | 7-23 | J | none | Partial sale |
| 168. Costco | | | | | Buy | 12-17 | J | | |
| 169. Corning | | None | J | T | Buy | 11-25 | J | | |
| 170. Rio Tinto | | None | | | Buy | 5-20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Rio Tinto | | | | | Buy | 6-12 | J | | |
| 172. Rio Tinto | | | | | Sold | 8-7 | J | none | |
| 173. Metlife | A | Dividend | J | T | Buy | 1-4 | J | | |
| 174. Metlife | | | | | Sold | 4-22 | J | none | Partial sale |
| 175. Metlife | | | | | Sold | 7-23 | J | none | Partial sale |
| 176. Metlife | | | | | Buy | 10-8 | J | | |
| 177. Sprint Nextel | | None | J | T | buy | 4-10 | J | | |
| 178. Sprint Nextel | | | | | Buy | 9-16 | J | | |
| 179. Freddie Mac | | None | | | Buy | 3-14 | J | | |
| 180. Freddie Mac | | | | | Sold | 9-12 | J | none | |
| 181. Fannie Mae | A | Dividend | | | Buy | 3-20 | J | | |
| 182. Fannie Mae | | | | | Buy | 3-27 | J | | |
| 183. Fannie Mae | | | | | Buy | 4-14 | J | | |
| 184. Fannie Mae | | | | | Sold | 7-11 | J | none | Partial sale |
| 185. Fannie Mae | | | | | Sold | 7-8 | J | none | Partial sale |
| 186. Fannie Mae | | | | | Sold | 9-17 | J | none | |
| 187. Ebay | | None | J | T | Sold | 1-9 | J | none | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Yum Brands | A | Dividend | | | Buy | 1-10 | J | | |
| 189. Yum Brands | | | | | Sold | 7-22 | J | none | |
| 190. Vm Ware | | None | | | Buy | 4-30 | J | | |
| 191. Vm Ware | | | | | Sold | 7-10 | J | none | |
| 192. Gannett | A | Dividend | J | T | Buy | 6-6 | J | | |
| 193. Flextronics | | None | J | T | | | | | |
| 194. Ericsson | | None | J | T | Buy | 10-21 | J | | |
| 195. Ericsson | | | | | Buy | 10-23 | J | | |
| 196. Ericsson | | | | | Buy | 11-13 | J | | |
| 197. Ericsson | | | | | Buy | 12-13 | J | | |
| 198. Partnerre Ltd. | | None | | | Sold | 2-7 | J | B | |
| 199. Dell | | None | J | T | Buy | 10-21 | J | | |
| 200. Home Depot | | None | J | T | Buy | 10-17 | J | | |
| 201. Lowe's Cos. | | None | | | Buy | 10-17 | J | | |
| 202. Pepsico | A | Dividend | J | T | | | | | |
| 203. Safeway | A | Dividend | | | Sold | 2-4 | J | C | |
| 204. Boeing | | None | | | Sold | 1-7 | J | C | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Borg Warner | A | Dividend | | | Sold | 2-13 | J | C | |
| 206. Chevron Corp. | A | Dividend | K | T | Sold | 11-21 | J | none | Partial sale |
| 207. Chevron Corp. | | | | | Sold | 11-28 | J | A | Partial sale |
| 208. Chevron Corp. | | | | | Sold | 12-5 | J | A | Partial sale |
| 209. Chevon Corp. | | | | | Sold | 11-20 | J | none | Partial sale |
| 210. Chevron Corp. | | | | | Sold | 11-17 | J | none | Partial sale |
| 211. J.P. Morgan Chase | B | Dividend | K | T | Sold | 9-8 | J | none | |
| 212. J.P. Morgan Chase | | | | | Buy | 10-21 | J | | |
| 213. McDonalds | A | Dividend | K | T | Sold | 1-7 | J | C | Partial sale |
| 214. McDonalds | | | | | Buy | 3-19 | J | | |
| 215. McDonalds | | | | | Buy | 9-29 | J | | |
| 216. McDonalds | | | | | Buy | 10-6 | J | | |
| 217. McDonalds | | | | | Buy | 11-13 | J | | |
| 218. Medco Health Solutions | | None | J | T | Buy | 3-13 | J | | |
| 219. Medco Health Solutions | | | | | Buy | 3-17 | J | | |
| 220. Medco Health Solutions | | | | | Sold | 10-1 | J | none | Partial sale |
| 221. Medco Health Solutions | | | | | Sold | 11-11 | J | none | Partial sale |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Merck | A | Dividend | K | T | Sold | 3-7 | J | none | Partial sale |
| 223. Merck | | | | | Buy | 6-2 | J | | |
| 224. Merck | | | | | Buy | 6-23 | J | | |
| 225. Merck | | | | | Buy | 7-9 | J | | |
| 226. Merrill Lynch | A | Dividend | | | Buy | 5-15 | J | | |
| 227. Merrill Lynch | | | | | Sold | 9-11 | J | none | |
| 228. Target | A | Dividend | | | Sold | 1-7 | J | none | Partial sale |
| 229. Target | | | | | Sold | 2-28 | J | A | Partial sale |
| 230. Target | | | | | Sold | 4-30 | J | A | Partial sale |
| 231. Target | | | | | Sold | 10-13 | J | none | |
| 232. XL Capital | A | Dividend | | | Buy | 8-28 | J | | |
| 233. XL Capital | | | | | Buy | 10-3 | J | | |
| 234. Alcon | A | Dividend | J | T | Sold | 11-13 | J | none | Partial sale |
| 235. Broadcom | | | | | Sold | 3-17 | J | none | Partial sale |
| 236. Broadcom | | | | | Sold | 7-22 | J | A | Partial sale |
| 237 Broadcom | | None | | | Sold | 10-8 | J | none | |
| 238. Google | | | K | T | buy | 8-1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Google | | | | | Buy | 12-3 | J | | |
| 240. Google | | | | | Sold | 10-17 | J | none | Partial sale |
| 241. Qualcomm | A | Dividend | K | T | Buy | 6-12 | J | | |
| 242. Qualcomm | | | | | Buy | 7-1 | J | | |
| 243. Qualcomm | | | | | Buy | 7-28 | J | | |
| 244. Qualcomm | | | | | Buy | 10-3 | J | | |
| 245. Qualcomm | | | | | Buy | 12-3 | J | | |
| 246. Teva Pharmaceutical | A | Dividend | J | T | Buy | 1-25 | J | | |
| 247. Teva Pharmaceutical | | | | | Buy | 4-14 | J | | |
| 248. Tava Pharmaceutical | | | | | Buy | 8-12 | J | | |
| 249. Teva Pharmaceutical | | | | | Sold | 12-11 | J | none | Partial sale |
| 250. Clorox | A | Dividend | J | T | Sold | 2-7 | J | A | |
| 251. Bank of America | B | Dividend | J | T | Buy | 2-6 | J | | |
| 252. Bank of America | | | | | Buy | 2-11 | J | | |
| 253. Bank of America | | | | | Sold | 4-15 | J | none | |
| 254. Bank of America | | | | | Buy | 12-22 | J | | |
| 255. Bank of America | | | | | Buy | 12-15 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Bank of America | | | | | Buy | 12-31 | J | | |
| 257. Conoco Phillips | A | Dividend | K | T | Buy | 1-23 | J | | |
| 258. Conoco Phillips | | | | | Sold | 11-24 | J | none | Partial sale |
| 259. Conoco Phillips | | | | | Sold | 11-24 | J | none | Partial sale |
| 260. Conoco Phillips | | | | | Sold | 11-28 | J | none | Partial sale |
| 261. National-Oilwell | | None | | | Buy | 4-24 | J | | |
| 262. National-Oilwell | | | | | Buy | 4-30 | J | | |
| 263. National-Oilwell | | | | | Sold | 11-14 | J | none | |
| 264. Union Pacific | A | Dividend | | | Buy | 4-18 | J | | |
| 265. Union Pacific | | | | | Sold | 11-26 | J | none | |
| 266. Exxon Mobil | A | Dividend | K | T | Sold | 8-12 | J | A | Partial sale |
| 267. Exxon Mobil | | | | | Sold | 9-11 | J | B | Partial sale |
| 268. Exxon Mobil | | | | | Sold | 9-18 | J | A | Partial sale |
| 269. Bernstein Emerging Markets Portfolio | C | Dividend | Z | U | buy | 12-9 | J | | |
| 270. Hartford Financial Services | A | Dividend | J | T | Buy | 3-31 | J | | |
| 271. Hartford Financial Services | | | | | Buy | 6-6 | J | | |
| 272. Hartford Financial Services | | | | | Buy | 7-18 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Hartford Financial Services | | | | | Buy | 11-3 | J | | |
| 274. Hartford Financial Services | | | | | Sold | 12-16 | J | none | Partial sale |
| 275. Genworth Financial | | None | | | Buy | 7-25 | J | | |
| 276. Genworth Financial | | | | | | 7-28 | J | | |
| 277. Renaissance Holdings | A | None | | | Sold | 2-7 | J | A | |
| 278. Aflac | A | Dividend | | | Sold | 4-1 | J | B | |
| 279. Apple Computer | | None | K | T | Sold | 1-7 | J | D | Partial sale |
| 280. Apple Computer | | | | | Sold | 1-18 | J | C | Partial sale |
| 281. Apple Computer | | | | | Buy | 2-8 | J | | |
| 282. Apple Computer | | | | | Buy | 3-5 | J | | |
| 283. Apple Computer | | | | | Buy | 3-27 | J | | |
| 284. Apple Computer | | | | | Sold | 4-22 | J | C | Partial sale |
| 285. Apple Computer | | | | | Buy | 6-19 | J | | |
| 286. Apple Computer | | | | | Buy | 10-3 | J | | |
| 287 Franklin Resources | A | Dividend | J | T | Sold | 3-5 | J | none | Partial sale |
| 288. Frankin Resouces | | | | | Sold | 4-18 | J | none | Partial sale |
| 289. Franklin Resources | | | | | Sold | 9-18 | J | none | Partial sale |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Philip Morris | A | Dividend | J | | Buy | 7-24 | | | |
| 291.  Genentech | | None | K | T | Sold | 1-25 | J | none | Partial sale |
| 292.  Genentech | | | | | Sold | 3-17 | J | | |
| 293.  Genentech | | | | | Sold | 7-11 | J | none | Partial sale |
| 294.  Genentech | | | | | Buy | 10-3 | J | | |
| 295.  Genentech | | | | | Buy | 10-3 | J | | |
| 296.  Genentech | | | | | Buy | 11-18 | J | | |
| 297.  Gilead Sciences | none | | K | T | buy | 10-9 | J | | |
| 298.  Gilead Sciences | | | | | Sold | 6-13 | J | B | Partial sale |
| 299.  Sanofi Aventis | | None | J | T | Buy | 12-19 | J | | |
| 300.  TJX Companies | | None | J | T | Buy | 12-19 | J | | |
| 301.  Limited Brands | | None | J | T | Buy | 12-18 | J | | |
| 302.  Viacom | | None | J | T | Buy | 12-18 | J | | |
| 303.  Northern Trust | | | | | | | | | See Part VIII |
| 304.  Schlumberger | A | Dividend | K | T | Buy | 1-10 | J | | |
| 305.  Schlumberger | | | | | Buy | 11-25 | | | |
| 306.  Wellpoint | | None | | | Sold | 2-8 | J | A | Partial sale |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Wellpoint | | | | | Sold | 3-7 | J | none | Partial sale |
| 308. Wellpoint | | | | | Sold | 3-12 | J | none | |
| 309. Time Warner | A | Dividend | J | T | Buy | 10-28 | J | | |
| 310. Time Warner | | | | | Buy | 12-8 | J | | |
| 311. Wm. Wrigley Co. | A | Dividend | J | T | buy | 1-18 | J | | |
| 312. Wm. Wrigley Co. | | | | | Buy | 8-7 | J | | |
| 313. Wm. Wrigley Co. | | | | | Sold | 9-22 | J | A | Partial sale |
| 314. Wm. Wrigley Co. | | | | | Sold | 9-25 | J | B | Partial sale |
| 315 Wm. Wrigley Co. | | | | | Sold | 10-7 | J | C | |
| 316. Emerson Electric | A | Dividend | J | T | Buy | 1-10 | J | | |
| 317. Emerson Electric | | | | | Sold | 4-10 | J | none | Partial sale |
| 318. Cisco Systems | | None | K | T | Sold | 4-22 | J | none | Partial sale |
| 319. Cisco Systems | | | | | Sold | 5-16 | J | none | Partial sale |
| 320 General Electric | A | Dividend | J | T | Sold | 6-23 | J | none | Partial sale |
| 321. The Travelers Cos. | A | Dividend | J | T | Sold | 4-18 | J | none | Partial sale |
| 322. The Travelers Cos. | | | | | Sold | 11-28 | J | none | Partial sale |
| 323. AmerisourceBergen | A | Dividend | | | Sold | 9-16 | | none | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | | Name of Person Reporting | Date of Report |
|---|---|---|---|---|---|
| | | | | ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. AT &T | B | Dividend | K | T | | | | | |
| 325. Lockheed Martin | A | Dividend | | | Buy | 9-15 | J | | |
| 326. Lockheed Martin | | | | | Buy | 11-18 | J | | |
| 327. Activision Blizzard Inc. | | None | J | T | Buy | | J | | |
| 328. Black & Decker | A | Dividend | J | T | | | | | |
| 329. CBS | A | Dividend | J | T | Buy | 12-8 | J | | |
| 330. Coca Cola | A | Dividend | | | Buy | 1-10 | J | | |
| 331. Coca-Cola | | | | | Buy | 7-22 | J | | |
| 332. IBM | | None | | | Sold | 1-23 | J | B | |
| 333. Kroger | | None | | | Sold | 4-1 | J | B | |
| 334. Arcelormittal | A | Dividend | K | T | Sold | 3-19 | J | C | Partial sale |
| 335. Arcelormittal | | | | | Sold | 5-22 | J | B | Partial sale |
| 336. Arcelomittal | | | | | Sold | 11-24 | J | none | |
| 337. Nokia | A | Dividend | J | T | buy | 2-15 | J | | |
| 338. Nokia | | | | | Sold | 4-30 | J | none | Partial sale |
| 339. Nokia | | | | | Sold | 5-22 | J | none | Partial sale |
| 340 Nokia | | | | | Sold | 7-1 | J | none | Partial sale |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Nokia | | | | | Sold | 7-18 | J | none | Partial sale |
| 342. Nokia | | | | | Sold | 8-15 | J | | Partial sale |
| 343. Nokia | | | | | Buy | 10-9 | J | | |
| 344. Northrop Grumman | A | Dividend | K | T | Sold | 3-28 | J | none | Partial sale |
| 345. Northrop Grumman | | | | | Sold | 5-20 | J | none | Partial sale |
| 346. Northrop Grumman | | | | | Sold | 8-27 | J | A | Partial sale |
| 347. Northrop Grumman | | | | | Sold | 10-30 | J | none | |
| 348. Pfizer | B | Dividend | K | T | Buy | 1-15 | J | | |
| 349. Pfizer | | | | | Sold | 8-28 | J | none | Partial sale |
| 350. Sara Lee | A | Dividend | | | Sold | 2-7 | J | none | |
| 351. Transocean Inc. | | None | | | Buy | 4-18 | J | | |
| 352. Transocean Inc. | | | | | Buy | 4-24 | J | | |
| 353. Transocean Inc. | | | | | Sold | 10-17 | J | none | |
| 354. Electronic Arts | | None | | | Buy | 7-24 | J | | |
| 355. Electronic Arts | | | | | Sold | 10-6 | J | none | |
| 356. Kellogg Co. | A | Dividend | | | Buy | 9-15 | J | | |
| 357. Kellogg Co. | | | | | Buy | 10-8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Kellogg Co. | | | | | Sold | 12-22 | J | none | |
| 359. Verizon | A | Dividend | J | T | Buy | 11-22 | J | | |
| 360. America Movil | A | Dividend | | T | Sold | 1-7 | J | B | Partial sale |
| 361. America Movil | | | | | Buy | 5-27 | J | none | |
| 362. America Movil | | | | | Sold | 11-21 | J | none | |
| 363. Baker Hughes | A | Dividend | | | Sold | 1-25 | J | none | Partial sale |
| 364. Baker Hughes | | | | | Sold | 1-31 | J | none | Partial sale |
| 365. Baker Hughes | . | | | | Sold | 3-25 | J | none | Partial sale |
| 366. Baker Hughes | | | | | Sold | 4-16 | J | none | Partial sale |
| 367. Baker Hughes | | | | | Sold | 8-12 | J | none | |
| 368. Charles Schwab | | None | | | Buy | 11-13 | J | | |
| 369. Fluor | A | Dividend | J | T | Buy | 1-10 | J | | |
| 370. Fluor | | | | | Sold | 3-20 | J | none | Partial sale |
| 371. Fluor | | | | | Sold | 5-22 | J | B | Partial sale |
| 372. Fluor | | | | | Sold | 7-22 | J | B | Partial sale |
| 373. Fluor | | | | | Sold | 11-10 | J | none | Partial sale |
| 374 Kohls | | None | J | T | Buy | 4-22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Kohls | | | | | | Buy | 9-24 | J | | |
| 376. Las Vegas Sands Corp. | | | None | | | Sold | 1-18 | J | A | |
| 377. Monsanto | | A | Dividend | K | T | Sold | 1-7 | J | D | Partial sale |
| 378. Monsanto | | | | | | Buy | 7-15 | J | | |
| 379. Monsanto | | | | | | Buy | 9-29 | J | | |
| 380. Nvidia | | | None | J | T | Buy | 4-22 | J | | |
| 381. Nvidia | | | | | | Sold | 7-3 | J | none | Partial sale |
| 382. Nvidia | | | | | | Sold | 7-14 | J | none | Partial sale |
| 383. Nvidia | | | | | | Buy | 9-4 | J | | |
| 384. Nvidia | | | | | | Buy | 9-17 | J | | |
| 385. NYSE Euronext | | A | Dividend | J | T | Sold | 9-17 | J | none | |
| 386. Valero Energy Corp. | | A | Dividend | | | Buy | 4-8 | J | | |
| 387. Valero Energy Corp. | | | | | | Sold | 12-24 | J | none | |
| 388. United Technologies | | | None | | | Sold | 2-7 | J | none | |
| 389. MBIA | | A | Dividend | | | Sold | 2-1 | J | none | |
| 390. American Electric Power | | A | Dividend | | | Sold | 2-14 | J | B | |
| 391. Allstate Corp. | | A | Dividend | J | T | Buy | 11-15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Autoliv Inc. | A | Dividend | J | T | | | | | |
| 393. Caterpillar Inc. | A | Dividend | J | T | Sold | 7-7 | J | none | Partial sale |
| 394. Caterpillar Inc. | | | | | Buy | 11-12 | J | | |
| 395. Covidien Ltd. | A | Dividend | | | Sold | 2-1 | J | A | |
| 396. Deutsche Bank | B | Dividend | J | T | Buy | 2-11 | J | | |
| 397. Deutsche Bank | | | | | Buy | 3-14 | J | | |
| 398. Dow Chemical | A | Dividend | | | Sold | 5-1 | J | none | Partial sale |
| 399. Dow Chemical | | | | | Sold | 10-23 | J | none | Partial sale |
| 400. Dow Chemical | | | | | Sold | 11-7 | J | none | Partial sale |
| 401. Dow Chemical | | | | | Sold | 11-19 | J | none | |
| 402. General Motors | A | Dividend | | | Buy | 9-29 | J | none | |
| 403. Ingersoll Rand | | None | | | Sold | 2-13 | J | none | |
| 404. Kraft Foods | A | Dividend | | | Sold | 1-7 | J | C | |
| 405. Macy's Inc. | A | Dividend | J | T | Buy | 6-25 | J | | |
| 406. Macy's Inc. | | | | | Sold | 10-30 | J | none | Partial sale |
| 407. Marathon Oil | A | Dividend | | | Sold | 3-11 | J | A | Partial sale |
| 408. Marathon Oil | | | | | Sold | 5-29 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Morgan Stanley | A | Dividend | J | T | Buy | 2-14 | J | | |
| 410. Morgan Stanley | | | | | Buy | 2-15 | J | | |
| 411. Morgan Stanley | | | | | Buy | 8-1 | J | | |
| 412. Parker Hannifin | A | Dividend | | | Sold | 7-22 | J | A | |
| 413. Royal Dutch Shell | | | K | T | Buy | 4-3 | J | | |
| 414. Royal Dutch Shell | | | | | Buy | 4-7 | J | | |
| 415. Tech Data | | None | | | Sold | 12-16 | J | none | |
| 416. Terex | | None | | | Sold | 3-5 | J | none | Partial sale |
| 417. Terex | | | | | Sold | 4-16 | J | none | |
| 418. Bristol Myers Squibb | A | Dividend | J | T | Buy | 10-28 | J | | |
| 419. Tyco Electronics | A | Dividend | | | Sold | 4-2 | J | none | |
| 420. Tyco International | A | Dividend | | | Sold | 5-16 | J · | none | |
| 421. VF Corp. | A | Dividend | | | Sold | 7-30 | J | none | |
| 422. Vodafone | A | Dividend | | | Sold | 6-24 | J | none | Partial sale |
| 423. Vodafone | | | | | Sold | 7-16 | J | A | |
| 424. Abbott Laboratories | A | Dividend | J | T | Sold | 4-17 | J | none | |
| 425. Abbott Laboratories | | | | | Buy | 9-22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Abbott Laboratories | | | | | Sold | 12-11 | J | none | Partial sale |
| 427. Adobe Systems | | None | | | Sold | 3-25 | J | none | Partial sale |
| 428. Adobe Systems | | | | | Sold | 4-4 | J | none | Partial sale |
| 429. Adobe Systems | | | | | Sold | 4-22 | J | none | |
| 430. Air Products & Chemicals | A | Dividend | J | T | Sold | 2-1 | J | none | Partial sale |
| 431. Air Products & Chemicals | | | | | Sold | 4-15 | J | A | Partial sale |
| 432. Air Products & Chemicals | | | | | Sold | 8-8 | J | A | Partial sale |
| 433. Air Products & Chemicals | | | | | Sold | 10-28 | J | none | Partial sale |
| 434. American Express | | None | | | Sold | 1-11 | J | none | |
| 435. Cameron International | | None | J | T | | | | | |
| 436. Abb Ltd. | | None | | | Sold | 4-2 | J | none | Partial sale |
| 437. Abb Ltd. | | | | | Buy | 4-9 | J | A | |
| 438. Celgene | | None | K | T | Buy | 3-11 | J | | |
| 439. Colgate-Palmolive | A | Dividend | J | T | Buy | 1-11 | J | | |
| 440. Colgate-Palmolive | | | | | Sold | 6-5 | J | none | Partial sale |
| 441. Deere | A | Dividend | J | T | Sold | 4-18 | J | B | Partial sale |
| 442. Deere | | | | | Sold | 4-22 | J | A | Partial sale |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Deere | | | | | Sold | 10-10 | J | none | Partial sale |
| 444. EOG Res. | A | Dividend | J | T | Buy | 1-10 | J | | |
| 445. EOG Res. | | | | | Buy | 7-15 | J | | |
| 446. EOG | | | | | Buy | 8-18 | J | | |
| 447. EOG Res. | | | | | Sold | 10-1 | J | none | Partial sale |
| 448. Hologic | | None | | | Buy | 2-28 | J | | |
| 449. Hologic | | | | | Sold | 5-9 | J | none | |
| 450. Honeywell International | A | Dividend | | | Sold | 7-28 | J | none | Partial sale |
| 451. Honeywell International | | | | | Sold | 10-1 | J | none | Paartial sale |
| 452. Honeywell International | | | | | Sold | 10-15 | J | none | |
| 453. Honeywell International | | | | | Sold | 11-25 | J | none | |
| 454 Research in Motion | | None | | | Buy | 1-10 | J | | |
| 455. Research in Motion | | | | | Buy | 3-11 | J | | |
| 456. Research in Motion | | | | | Sold | 6-17 | J | B | Partial sale |
| 457. Research in Motion | | | | | Sold | 10-8 | J | none | Partial sale |
| 458. Research in Motion | | | | | Sold | 10-31 | J | none | Partial sale |
| 459. Research in Motion | | | | | Sold | 11-10 | J | none | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Spirit Aerosystems | | | | | Sold | 4-1 | J | none | Partial sale |
| 461. Spirit Aerosystems | | None | | | Sold | 4-10 | J | none | |
| 462. Western Digital | | None | J | T | Buy | 5-19 | J | | |
| 463. Western Digital | | | | | Buy | 8-1 | J | | |
| 464. Western Digital | | | | | Buy | 9-2 | J | | |
| 465. Western Digital | | | | | Buy | 9-8 | J | | |
| 466. Baxter International | A | Dividend | J | T | Buy | 5-6 | J | | |
| 467. Baxter International | | | | | Buy | 7-22 | J | | |
| 468. Baxter International | | | | | Buy | 10-10 | J | | |
| 469. Textron | A | Dividend | J | T | Buy | 3-20 | J | | |
| 470. Textron | | | | | Sold | 9-19 | J | none | Partial sale |
| 471. Textron | | | | | Buy | 12-19 | J | | |
| 472. Motorola | A | Dividend | J | T | Buy | 6-13 | J | | |
| 473. Motorola | | | | | Buy | 10-2 | J | | |
| 474. Devon Energy | A | Dividend | J | T | Buy | 9-9 | J | | |
| 475. Devon Energy | | | | | Buy | 9-15 | J | | |
| 476. Devon Energy | | | | | Buy | 10-1 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Schering-Plough | A | Dividend | J | T | Buy | 4-29 | J | | |
| 478. Schering-Plough | | | | | Sold | 9-25 | J | none | |
| 479 Freeport McMoran Copper | A | Dividend | | | Buy | 4-10 | J | | |
| 480. Freeport McMoran Copper | | | | | Sold | 6-10 | J | A | |
| 481 Fidelity National | A | Dividend | J | T | | | | | |
| 482. MEMC Electronic Materials | | | | | Buy | 2-1 | J | | |
| 483 MEMC Electronic Materials | | | | | Buy | 3-13 | J | | |
| 484 MEMC Electronic Materials | | | | | Buy | 4-18 | J | | |
| 485. MEMC Electronic Materials | | | | | Buy | 4-24 | J | | |
| 486. MEMC Electronic Materials | | None | | | Buy | 6-19 | J | | |
| 487. MEMC Electronic Materials | | | | | Buy | 7-8 | J | | |
| 488. MEMC Electronic Materials | | | | | Sold | 9-12 | J | none | Partial sale |
| 489. MEMC Electronic Materials | | | | | Sold | 9-25 | J | none | |
| 490. Lehman Bros. | A | Dividend | | | Buy | 1-10 | J | | |
| 491. Lehman Bros. | | | | | Buy | 2-8 | J | | |
| 492. Lehman Bros. | | | | | Sold | 3-17 | J | none | |
| 493. Becton Dickinson | A | Dividend | J | T | Buy | 4-16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Becton Dickinson | | | | | Buy | 7-22 | J | | |
| 495. Becton Dickinson | | | | | Buy | 8-8 | J | | |
| 496. Becton Dickinson | | | | | Buy | 8-12 | J | | |
| 497. McKesson Corp | | None | | | Sold | 3-18 | J | none | Partial sale |
| 498. McKesson Corp. | | | | | Sold | 4-18 | J | none | Partial sale |
| 499. McKesson Corp. | | | | | Sold | 5-5 | J | none | |
| 500. Wyeth | A | Dividend | J | T | Buy | 8-26 | J | | |
| 501. Dominion Resources | A | Dividend | J | T | Buy | 10-28 | J | | |
| 502. Eastern Chemical | A | Dividend | J | T | Buy | 10-28 | J | | |
| 503. Nike | A | Dividend | J | T | Buy | 5-5 | J | | |
| 504. Salesforce.com | | None | | | Buy | 5-27 | J | | |
| 505. Salesforce.com | | | | | Sold | 9-12 | J | none | |
| 506. Starbucks | | | | | Buy | 5-27 | J | | |
| 507. Starbucks | | | | | Sold | 9-11 | J | none | |
| 508. Foster Wheeler | | None | | | Buy | 4-24 | J | | |
| 509. Foster Wheeler | | | | | Sold | 9-8 | J | none | |
| 510. General Mills | A | Dividend | J | T | Buy | 11-13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Walt Disney | | None | J | T | Buy | 11-12 | J | | |
| 512. Walt Disney | | | | | Buy | 12-17 | J | | |
| 513. Molson Coors | | None | J | T | Buy | 11-25 | J | | |
| 514. News Corp. | | None | J | T | Buy | 12-11 | J | | |
| 515. Alcoa | A | Dividend | | | Buy | 1-2 | J | | |
| 516. Alcoa | | | | | Buy | 1-11 | J | | |
| 517. Alcoa | | | | | Sold | 4-1 | J | none | Partial sale |
| 518. Alcoa | | | | | Sold | 8-26 | J | none | Partial sale |
| 519. Alcoa | | | | | Sold | 11-3 | J | none | |
| 520. Charles Schwab Bank | A | Interest | J | T | | | | | |
| 521. Anheuser Busch | A | Dividend | | | Sold | 11-8 | K | D | |
| 522. Auto Data Processing | A | Dividend | J | T | | | | | |
| 523. Avon | A | Dividend | J | T | | | | | |
| 524. Broadridge Financial Solutions | A | Dividend | J | T | | | | | |
| 525. Broadridge Financial Solutions | | | | | spin-off | 3-30 | J | | |
| 526. National City | A | Dividend | | | Sold | 12-9 | J | none | |
| 527. Cintas | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. Federated Investors | A | Dividend | J | T | | | | | |
| 529. CME Group | A | Dividend | K | T | Buy | 1-25 | J | | |
| 530. CME Group | | ʼ | | | Buy | 2-15 | J | | |
| 531. CME Group | | | | | Buy | 3-17 | J | | |
| 532. CME Group | | | | | Buy | 4-4 | J | | |
| 533. CME Group | | | | | Buy | 5-20 | J | | |
| 534. CME Group | | | | | Buy | 10-3 | J | | |
| 535. DR Horton Inc. | A | Dividend | J | T | Buy | 1-17 | J | | |
| 536. Fifth Third Bancorp | A | Dividend | J | T | Sold | 1-22 | J | none | |
| 537. Fifth Third Bancorp | | | | | Buy | 12-23 | J | | |
| 538. Intl. Game Technology | A | Dividend | J | T | | | | | |
| 539. Ryder System | | | | | Buy | 5-20 | J | | |
| 540. Ryder System | A | Dividend | | | Sold | 11-7 | J | none | |
| 541. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 542. Medtronic | A | Dividend | J | T | | | | | |
| 543. Strayer Education | A | Dividend | K | T | | | | | |
| 544. Sysco | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. United Parcel Service | A | Dividend | J | T | | | | | |
| 546. JC Penny | A | Dividend | J | T | Buy | 2-11 | J | | |
| 547. JC Penny | | | | | Buy | 10-28 | J | | |
| 548. Wal-Mart Stores | A | Dividend | K | T | Buy | 2-12 | J | | |
| 549. Wal-Mart Stores | | | | | Buy | 4-22 | J | | |
| 550. Wal-Mart Stores | | | | | Buy | 10-1 | J | | |
| 551. Crosstex Energy LP | A | Distribution | J | T | | | | | |
| 552. ishares Canada Index Fund | A | Dividend | J | T | | | | | |
| 553. ishares EAFE Index Fund | A | Dividend | K | T | | | | | |
| 554. Vanguard Emerging Markets Fund | A | Dividend | J | U | | | | | |
| 555. Vanguard Small Cap Value Fund | A | Dividend | J | U | | | | | |
| 556. Vanguard Utilities Fund | A | Dividend | J | U | | | | | |
| 557. Alliance Bernsteing Global Diversified Strategies LP | | | N | T | | | | | |
| 558. Bernstein Global Opportunities Hedge Fund | | | N | T | | | | | |
| 559. WFG-WP X Partners LLC | | | N | W | | | | | |
| 560. | | | | | | | | | |
| 561. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 7/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 74: T. Rowe Price Developing Technologies Fund was merged into T. Rowe Price Science and Technology Fund.

Line 93: Trust #4 appears to have been reported last year by mistake. I have located no record indicating that such a trust exists

Line 303: This holding appears to have been reported by mistake. I have no record that is was purchased.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544